

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

CAROLINE CHEN
Assistant Corporation Counsel
Phone: (212) 788-1106
Fax: (212) 788-0367
E-mail: cchen@law.nyc.gov

March 13, 2008

**BY FAX**
Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:  Patrick Louis v. City of New York, et al.
         07 CV 9809 (AKH)

Your Honor:

    I am the Assistant Corporation Counsel assigned to the defense of the above-referenced matter. By letter dated March 6, 2008, with plaintiff's consent, the undersigned submitted a letter to the Court requesting that the March 14, 2008 conference be adjourned to a later date. Your Honor's clerk has since informed the undersigned of the available dates on which to reschedule said conference. With plaintiff's counsel's consent, I write to request that the Court reschedule the conference to take place on April 11, 2008.

    I thank the Court for its time and consideration of this matter.

Respectfully submitted,

Caroline Chen
Assistant Corporation Counsel

*[Handwritten endorsement: So ordered, 4/11/08, 9:30 a.m. 3-18-08 /s/ Alvin Hellerstein]*

cc:  Cynthia Conti-Cook, Esq. (by fax)
      *Attorney for Plaintiff*

**MEMO ENDORSED**

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 3/17/08]*