

|  | THE CITY OF NEW YORK | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **CAROLINE L. CHEN**<br>*Assistant Corporation Counsel*<br>cchen@law.nyc.gov<br>(212) 788-1106<br>(212) 788-0367 (fax) |

September 9, 2008

**BY ECF**
Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:  Patrick Louis v. City of New York, et al.
            07 CV 9809 (AKH)

Your Honor:

      I am the Assistant Corporation Counsel assigned to the defense of the above-referenced matter. I write to inform the Court that the parties in the instant matter reached a settlement agreement. A Stipulation and Order of Settlement and Dismissal will be forwarded to the Court upon execution by the parties.

      Thank you for your consideration herein.

                                      Respectfully submitted,

                                      Caroline Chen
                                      Assistant Corporation Counsel

cc:    Cynthia Conti-Cook, Esq. (by ECF)
       Stoll, Glickman & Bellina, LLP
       *Attorneys for Plaintiff*
       71 Nevins Street
       Brooklyn, New York 11217